## File Hashes for IP Address 184.56.218.111

**ISP:** Time Warner Cable
**Physical Location:** Cleveland, OH

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/15/2014 23:54:48 | 99F3366F1FDFCA0F5BCFCE4D15FDDF64B803F9F8 | Double Oh Heaven |
| 10/15/2014 23:50:13 | A5C51C7E271C9ED8793188E08A0280BE69D064A3 | Instant Erotica |
| 10/14/2014 00:44:41 | A8EDCCA5C0D4A7401411BEDFC2E27080AF23BCF6 | Spanish Heat |
| 10/12/2014 07:20:16 | 44AEFA837506C9B97DA78F3F05A086D90BDD979C | Remembering Strawberry Wine |
| 10/12/2014 03:12:47 | 209AA26864182D392CDE5256AB22C1F425AFD6E6 | Awe Inspiring Orgy |
| 10/11/2014 16:16:34 | 2C5F833FB38D4CCA307E1D5C57615AB1C8BBB68A | First and Forever |
| 10/11/2014 14:39:24 | 606F8A70BD1B3D378C0971F23762E361288D3C96 | Tuesday Morning |
| 10/11/2014 12:00:27 | 7B57F7F508E2C81157F2E6B1BDA170ABF8B36444 | A Blonde in my Bedroom |
| 10/11/2014 11:37:45 | 6AFD2DF9EC6215AD8AC6E9B14D5783E1FCC795C9 | Deep Blue Passion |
| 10/11/2014 07:56:17 | 14D8DFC3D1EE56E2EF0F82FED3F0B56384197EE5 | Rose Petals |
| 10/11/2014 04:17:25 | 17E9C7AAB73C2845D20844533DD246E8A8A81F03 | From Three to Four Part 2 |
| 10/11/2014 01:27:29 | 8253B11CB0538D632B448340AEC0BA9FC7184239 | Malibu Moments |
| 10/10/2014 23:46:16 | BCCC275FBAE8790EEE7FFBC0AA6F5DDAE94D4DEE | Late for Work |
| 10/10/2014 23:25:37 | 9F7D662C10E02CD4797DDCF04788C3A1CFBF160F | No Hurry |
| 10/10/2014 23:14:07 | 5BF62B545B00343519141464FE69C5A10AB20D46 | Shes Not Alone |
| 10/10/2014 23:07:34 | 8373AF619CD811248AFE99516087ACF2F9739585 | Spontaneous |
| 10/10/2014 23:07:09 | B7DE12E6D18EA2D8472B71E669889275F358EBFF | Sneak N Peek |
| 10/10/2014 23:02:40 | FFF3DAD0223FA2D7A1F1BC0EB7503789FB770C1D | Morning Desires |
| 10/10/2014 22:58:43 | 8E1585BAE24F6B4A309DC19BC54552394A37B638 | Pure Grace |
| 10/10/2014 22:53:20 | 2257FF2254AA8CF703EDAF618177D76A70F02B5C | Digital Love |
| 10/10/2014 11:40:58 | E77F7B746C7D236EF935E348961A2546407FE3A6 | Mad Passion |
| 10/10/2014 04:01:17 | 20A90CF56D1200D9D6DE4F2FAD70B6533F0BB4E9 | Unforgettable View #2 |

EXHIBIT A

NOH90

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/10/2014 03:09:42 | C34BDF8A9F17B5DEA2CC0480406B6EA3A8658BA8 | Rolling in the Sheets |
| 10/10/2014 02:59:56 | AE17747810E6B5F659238133D57DC7A310B6FAF3 | Threes Company |
| 10/10/2014 02:58:55 | C0DCC5CA046B3277CD462B02D1975DC0BD1145C6 | Lovers in Paradise |
| 10/10/2014 02:30:44 | CFA566DC7947671346CBFEF4C971DB401DFC2CBB | Blonde Ambition |
| 10/10/2014 02:30:21 | 991E09290159FFEEE796C1EBB695EB8C9FB4223F | Yoga in the Sky |
| 10/10/2014 02:21:46 | BA23078533CCBE4BCF265D99A9E6DE3420120683 | One Night Stand |
| 10/10/2014 02:11:14 | E2A7A4031710CD1B13C52B0E04808D2787400E8E | Unforgettable View #1 |
| 10/10/2014 02:05:13 | DE714D654AEDCBA17833A11C08B89B21BE262967 | No Turning Back Part #1 |
| 10/10/2014 01:50:43 | FF6F574E973FBB7EB5E20715C9F6B4135FB7286A | Tarde Espanola |
| 10/10/2014 01:46:12 | 1DE0FA5F65D48F7864F0C9F56AC1A6F26C70DBC4 | Formidable Beauty |
| 10/10/2014 01:43:22 | A54ED12E9024858D296309B1A066FD2D93094B54 | No Turning Back Part #2 |
| 10/10/2014 01:41:58 | 295F19F5BD9FABEE112D055368BB41D49186484D | Seeing Double |
| 10/08/2014 22:25:27 | 572192189D3CBCE40EC795D9871C815F61002EE0 | LA Plans |
| 10/08/2014 22:21:25 | 3CEC646B2F0F094EC623D6ECCDC9933A414923FE | A Little Time For Myself |
| 10/08/2014 22:01:44 | 140529FE435F6EE4870AE9DEBD34E3611DCC0775 | High School Dropouts |
| 10/08/2014 22:01:20 | 213A49E4D18EC4A3AC82E8057FE063C8479326FA | The Journey |
| 10/08/2014 21:55:28 | F964D2AC70B9909EF3FDF510F782584EE91C6BAD | Russian Connection |
| 10/08/2014 21:46:38 | 6BC83D1D6ED16DCEA087C5CD8057502A2991D1E1 | Apertif Our Style |
| 10/08/2014 21:28:49 | BC31032A7CAA0801ADB71BC4C2354777EBE11CED | Raw Passion |
| 10/08/2014 21:24:27 | D77C37D7FA6945FAA7FF3CD5EE7E318FE8024216 | Sex With Glasses |
| 10/08/2014 21:11:19 | 8CCC97C3614D102FE570860073037CA42EAD84B4 | Sex and Submission |
| 10/08/2014 21:03:16 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 10/08/2014 20:34:59 | DD54541DD3CE9E43D2314BC8BCA659AB983DE330 | Sexy En Noir |
| 10/08/2014 20:29:34 | 1390FF0BBB9D66CCE99CEC4F2B1D3404F0E730FA | Sparks |
| 10/08/2014 20:26:15 | 9ACFFDFC3BE4EB1B5AC9ABCB89853D2070857F2D | Lisas Hidden Cam |

EXHIBIT A

NOH90

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/08/2014 20:22:56 | 854AA24D716320AD57F814654B7BE639928F073E | Wake Me Up |
| 10/08/2014 20:20:45 | 0C485A86BB4EB968F1BDCD9D362FF25C98C72879 | Fun For Three |
| 10/08/2014 20:18:23 | DA393152CDD6EC6C75F60E463CEA3C2C0C23FB13 | Cat Fight |
| 10/08/2014 20:15:22 | 1D7E74C33FAD4573A9D96C1F3EC14CD02445DD02 | Hot Bath For Two |
| 10/08/2014 20:13:25 | 78C3190DCCA710786BCC4AB94D2499A285FE4F69 | Nice And Slow |
| 09/06/2014 19:11:25 | B054474D63AABC53FFC5C9058EC04D6F598FD77C | A Thought of You Part 2 |
| 09/06/2014 19:05:31 | C10C7A7DA11617960B541DC11707247B0456A5F0 | Double Tease |
| 09/06/2014 18:58:15 | 306A0754130993FAEBD634DDF3319F180ACF181A | Not Alone |
| 09/06/2014 18:58:11 | 078E88F6677A1C62F9F7BA6E346C9012B64D8B93 | Perfect Timing |
| 09/06/2014 18:55:12 | 0A9495760C51B2EA408ADC90C8A41AC17F67A425 | Catching Up |
| 09/06/2014 18:49:55 | AD3F53027CB90D4B3D4E1A6D35C2A3FDC210830C | My Days in Rome |
| 09/06/2014 18:45:53 | 81433A009928474F2A4FF2BA5E3A62FBCC4585A7 | Rope Priority |
| 09/06/2014 18:39:42 | DE6D1F502105FFD7D2A6F2121AD7608B53E33B03 | A Thought Of You |
| 09/06/2014 18:37:05 | 6B84ACB93A665247F5E64F53AC476670DDAEA655 | Just Watch |
| 09/06/2014 18:30:59 | 270CF3F21E46ADFE5C1B4B24861FE8F38CB80530 | Give Me More Part 2 |
| 09/06/2014 18:26:17 | 501479323B466A8A434D5404A2E99E0E92B4EA07 | Paint Me White |
| 08/28/2014 02:20:42 | 95B4E4CC01E2CBB87C987ADB2216565DD1416C32 | Taste Me |
| 08/14/2014 02:03:58 | 3E06EF26C1B94E7C829EB19CE8A73FFFCC7B6ED5 | Lovers Way |
| 08/14/2014 01:31:26 | DEF8CB75C4D4EC9F98A7E12472F4EC35677E70D6 | Model Couple |
| 08/14/2014 01:08:32 | BE8C24E5306BD4C706C60ADD1130FD78B9970E83 | Tantric Massage |
| 08/14/2014 00:04:13 | 0223FBFF281EA4CFF32B5AB0ED54255EE3C37EB9 | All Oiled Up |
| 08/13/2014 23:53:25 | 509E83D6E70C2BF9182D1D55AA1F06EC626BB931 | Listen To Me Cum |
| 08/13/2014 23:37:14 | 3CA99A2813FCF9C8901792B85B581D457E328814 | Anneli Leila Menage A Trois |
| 08/13/2014 23:31:46 | 61C6B894FC9D577FC3C630535621FF80874FF77A | Yours Forever |
| 08/13/2014 23:31:43 | 6EC4EAC1DF8D6C9F6A7C69FB03130A8273DBACF2 | Epic Love |

EXHIBIT A

NOH90

**Total Statutory Claims Against Defendant: 72**

EXHIBIT A

NOH90